UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Budd Engineering Corporation, et al.

                                              Plaintiff,

v.                                                         Case No.: 1:12−cv−03973
                                                        Honorable Harry D.
                                                        Leinenweber

Bildau and Bussman North America GmbH, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 18, 2012:

      MINUTE entry before Honorable Harry D. Leinenweber: Cause voluntarily dismissed by plaintiff without prejudice and without costs against defendants. Status hearing stricekn. Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.